Law Office of Jennifer E. Tucek, P.C.
350 Madison Avenue, Suite 3054
New York, New York 10017
TucekLaw@Gmail.com
(917) 669-6991

February 14, 2022

Via ECF
Hon. Jesse M. Furman
United States District Court Judge
United States District Court
Southern District of New York
40 Centre Street
New York, N.Y. 10007-1312

Re: *Javier Monge v. Pine Tavern Inc. et al* (21-cv-8747)

Dear Judge Furman:

I represent the Plaintiff, Javier Monge, in the above-referenced case. I am writing to request a two-week adjournment of the show cause hearing currently scheduled for February 18, 2022 (Docket No. 11). I am attending to an unexpected family emergency in Florida and will not be returning to New York until March 2, 2022. Plaintiff filed his motion for default and proof of service (Docket Nos. 18 and 19). Although Plaintiff filed a proposed default judgment with the motion, he will re-file on the Thursday before the next hearing date. I have yet to hear from either defendant. This is Plaintiff's first request for an adjournment.

Respectfully Submitted,
/s/Jennifer E. Tucek
_____
Jennifer E. Tucek
Attorney for Plaintiff

Application GRANTED. The hearing scheduled for February 18, 2022. at 4:00 p.m. is hereby ADJOURNED to **March 4, 2022, at 3:30 p.m.** Plaintiff shall serve Defendants via overnight courier with a copy of this Order within one business day of the date of this Order and file proof of service on the docket. The Clerk of Court is directed to terminate ECF No. 20. SO ORDERED.

February 14, 2022